**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| IN RE: WALSWORTH PUBLISHING COMPANY DATA SECURITY LITIGATION | ) ) ) | Case No.: 2:24-cv-00100-MAL |
| This Document Relates To: All Actions | ) ) | |

## JOINT STATUS REPORT

Consistent with Fed. R. Civ. P. 16 and this Court's August 27, 2026, Order, Plaintiffs and Defendant respectfully submit this Joint Proposed Scheduling Plan.

1. Per the Court's Order on August 27, 2026 (Dkt. 56), this matter was briefly stayed to allow the parties to engage in settlement discussions.

2. Since August 27, 2026, the parties have engaged in settlement discussions.

3. The parties have not reached a settlement, but plan to continue discussions as appropriate.

4. In the interest of keeping the litigation moving forward, the parties have agreed to set Defendant's deadline to answer the Complaint within 21 days, on or before November 16, 2026.

5. The parties respectfully request that the Court set Defendant's answer deadline to November 16, 2026.

Dated: October 26, 2026 Respectfully Submitted,

| | |
|---|---|
| */s/ Grayson Wells*<br>Grayson Wells, #73068(MO)<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>The Freedom Center<br>223 Rosa L. Park Avenue, Suite 200<br>Nashville, TN 37203<br>Tel: (615) 254-8801<br>gwells@stranchlaw.com<br><br>***Counsel for Plaintiffs*** | By: */s/ Noah W. Marlar*<br>Noah W. Marlar, 78088(MO)<br>**SHOOK, HARDY & BACON LLP**<br>190 Carondelet, Ste. 1350<br>St. Louis, MO 63105<br>Tel: (314) 690-0214<br>nmarlar@shb.com<br><br>Jad Sheikali (admitted *pro hac vice*)<br>**SHOOK, HARDY & BACON LLP**<br>111 S. Wacker Dr., Ste. 4700<br>Chicago, IL 60606<br>Tel: (312) 704-7700<br>jsheikali@shb.com<br><br>***Counsel for Defendant Walsworth Publishing Company*** |

**CERTIFICATE OF SERVICE**

I, Noah Marlar, do hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the CM/ECF system of the United States District Court for the Eastern District of Missouri, on this 26th day of October 2026.

/s/*Noah W. Marlar*
Noah W. Marlar